U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

OCT 1 3 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ANDREW SCHLESINGER | CIVIL ACTION 14-2593 |
| VERSUS | JUDGE HAIK |
| BELLE OF ORLEANS LLC | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to Magistrate Judge C. Michael Hill for Report and Recommendation. After full consideration of the record, including the objections filed, the Court concludes the Report and Recommendation of the Magistrate Judge is correct and, therefore, adopts the conclusions set forth therein. Accordingly,

It is hereby **ORDERED** the motions are **GRANTED IN PART and DENIED IN PART** as detailed in the Report and Recommendation filed on August 19, 2105.

**THUS DONE and SIGNED** on this _13th_ day of October, 2015.

_____
RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA